**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00852-CV

## IN RE KHISTINA CALDWELL DEJEAN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1066539**

## MEMORANDUM OPINION

On October 5, 2015, relator Khistina Caldwell DeJean filed a petition for writ of mandamus in this court. *See* Tex. Elec. Code Ann. § 273.061 (West 2010); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Annise D. Parker, Mayor of the City of Houston, and Stan Stanart, Harris County Clerk, to honor her affidavit of indigence.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.